UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SIDDHARTHA CARACAS AGUILAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-CV-73-ZMB |
| | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

Before the Court is Petitioner Siddhartha Caracas Aguilar's Notice of Voluntary Dismissal With Prejudice. Doc. 20. It appears that Caracas Aguilar envisioned a stipulated dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, he failed to have a single respondent sign the stipulation, *see id.*, much less "all parties who have appeared," FED. R. CIV. P. 41(a)(1)(A)(ii). Nevertheless, the Court construes this deficient stipulation as a request for dismissal under Rule 41(a)(2). *See Sanchez v. Disc. Rock & Sand, Inc.*, 84 F.4th 1283, 1292 (11th Cir. 2023) (collecting cases); *see also State Farm Fire & Cas. Co. v. Peitz*, No. 4:17-CV-2927 NAB, 2018 WL 2934013, at *3 (E.D. Mo. June 12, 2018) (taking this approach). Because dismissal promotes judicial economy, appears to be in the parties' collective interest, and avoids potential mootness issues, the Court finds that the relevant factors warrant a dismissal. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (setting forth the three factors in considering a dismissal under Rule 41(a)(2)).

Accordingly, the Court **GRANTS** Petitioner Siddhartha Caracas Aguilar's [20] Notice of Voluntary Dismissal with Prejudice as construed as a request for dismissal under Rule 41(a)(2) and directs the Clerk of Court to close this case.

So ordered this 8th day of June 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE